UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBLES, | CASE NO. CV 10-9907-SVW (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| MIKE MCDONALD, WARDEN, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: July 20, 2011

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesC7A056\Judgment.wpd